UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ISAAC MORALES,

                Plaintiff,

-against-                                    18 **CIVIL** 6374 (LTS)(JLC)

## **JUDGMENT**

CITY OF NEW YORK FOR RIKER'S ISLAND,
et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 16, 2022, Defendants' motion to dismiss the AC is granted in its entirety. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered in Defendants' favor; accordingly, the case is closed.

**Dated:** New York, New York

        March 16, 2022

                                                                           **RUBY J. KRAJICK**

                                                                             **Clerk of Court**
                                                    **BY:**

                                                                             **Deputy Clerk**